UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| STANLEY BERNARD, | ) | CASE NO: 21-cv-22127 |
| Plaintiff, | ) | |
| vs. | ) | |
| MIAMI BRIDGE YOUTH AND FAMILY SERVICES, INC. | ) | |
| Defendant. | ) | |

**Agreed Motion for Extension of Time to Hold Scheduling Conference**

COMES NOW the Plaintiff, Stanley Bernard, by and through his undersigned attorneys and moves this Court an extension of time up to and including September 21, 2021 within which to file its scheduling report as required by this Court's order of June 9, 2021 as follows:

1. The parties are scheduled to mediate this case on September 3, 2021 in the hopes of obtaining an amicable settlement early on in this case.

2. For this reason, the parties have agreed, subject to this Court's permission, to file their joint scheduling report no later than September 21, 2021. The parties would like to focus on the mediation in an attempt to resolve this matter.

3. Undersigned counsel has discussed this matter with opposing counsel Miguel Morel and is authorized to represent that Attorney Morel agrees to the relief sought in this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant the parties up to and including September 21, 2021 within which to file their joint scheduling report.

Respectfully submitted,

1

                                           /s/ Jay M. Levy
JAY M. LEVY, ESQUIRE
FL BAR NO 219754
Jay M. Levy, P.A.
9100 S. Dadeland Boulevard
Suite 1600
Miami, FL  33156
Tel: 305 670-8100
E-mail: jay@jaylevylaw.com
Secondary: wendy@jaylevylaw.com

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was emailed to those listed on the service list this August 27, 2021.

BY: _____/s/_____
                JAY M. LEVY, ESQUIRE

Service List

Miguel Morel, Esquire
Littler Mendelson, PC
333 SE 2nd Avenue
Suite 2700
Miami, Florida 33131
mamorel@littler.com